## Maxwell's Estate (No. 2).

Argued Nov. 24, 1916. Appeal, No. 329, Oct. T., 1916, by Charles T. Maxwell, from decree of O. C. Philadelphia Co., July T., 1908, No. 254, dismissing exceptions to adjudication in Estate of Elizabeth Maxwell, deceased. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

OPINION BY HEAD, J., July 13, 1917:

The legal question involved in this appeal arises under a clause in the will of the testator precisely identical with that contained in the will of his deceased wife, Elizabeth Maxwell, which was the subject of the opinion filed in her estate and handed down herewith, ante, page 63. For the reasons there given we dismiss the assignments of error in this appeal.

The judgment is affirmed.